# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD G. HEAVEN AND DEBRA A. LUCAS-HEAVEN, HUSBAND AND WIFE<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, ET AL. | CIVIL ACTION<br><br>NO. 17-1292 |

## ORDER

**AND NOW** this 28th day of March, 2018, for the reasons stated in the foregoing Memorandum, Defendant KeyBank, N.A.'s Motion for Summary Judgment (ECF 23, ECF 38) is **GRANTED**. Plaintiff's Counter Motion for Summary Judgment (ECF 50) is **DENIED**. The Complaint is **DISMISSED**, with prejudice.

It is further **ORDERED** that the Motion to Dismiss (ECF 24) is **DENIED** as moot.

The Clerk of Court shall close this case.

                                                     **BY THE COURT:**

                                                     **/s/ Michael M. Baylson**

                                                     **MICHAEL M. BAYLSON**
                                                     **United States District Court Judge**